Aug. 5, 1983.

464 A.2d 515

Cohen, Appellant v. Myers.
Petition for Allowance of Appeal
Denied Dec. 16, 1983.

Argued March 9, 1982.   Leon Silverman, for appellant;   Jay Lambert, for appellee.

Before WICKERSHAM, CIRILLO and LIPEZ, JJ.

Judgment affirmed.